1  ANDREW VAN ORNUM (Bar No. 214040)
   SETH R. SIAS (Bar No. 260674)
2  WATT, TIEDER, HOFFAR, AND FITZGERALD, L.L.P.
   333 Bush Street, Suite 1500
3  San Francisco, California  94104
   Telephone:   415-623-7000
4  Facsimile:    415-623-7001
   avanornu@wthf.com
5  ssias@wthf.com

6

7  Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY

8              THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 SURETEC INSURANCE COMPANY, a          CASE NO.  C 10-02905 MEJ
   Texas corporation,
11                                       [PROPOSED] ORDER CONTINUING
                Plaintiff,               CASE MANAGEMENT CONFERENCE
12
13    v.

14 PEAK ENGINEERING, INC., a California
   corporation; SNC EQUIPMENT, INC., a   Filed:   July 1, 2010
15 California corporation; MICHAEL M.    Judge:   Maria-Elena James
   NOVITSKI, an individual; MIKI         Dept.:   Courtroom B, 15th Floor
16 NOVITSKI, an individual,

17              Defendants.

18     Plaintiff SureTec Insurance Company ("SureTec") requested that this Court continue the

19 Case Management Conference scheduled for October 7, 2010.  Having read and considered the

20 request, IT IS HEREBY ORDERED THAT:

21     The Case Management Conference in this case, which is currently scheduled for 10:00

22 a.m. on October 7, 2010, is continued until 10:00 a.m. on November 4, 2010.

23     **IT IS SO ORDERED.**

24     Dated: September 30, 2010   _____
                                   Judge Maria-Elena James
                                   United States District Court

WATT, TIEDER,
 HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE