UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SURETEC INS. CO., | No. C 10-02905 MEJ |
|           Plaintiff(s), | |
|   v. | **ORDER VACATING CMC** |
| PEAK ENGINEERING, | |
|           Defendant(s). | |
| _____/ | |

This matter is scheduled for a case management conference on December 9, 2010. However, on November 2, 2010, the Clerk of Court entered default against all named defendants. Accordingly, the Court hereby VACATES the December 9 c.m.c. Plaintiff shall file a motion for default judgment within 45 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: December 3, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge