1  ANDREW VAN ORNUM (Bar No. 214040)
   SETH R. SIAS (Bar No. 260674)
2  WATT, TIEDER, HOFFAR, AND FITZGERALD, L.L.P.
   333 Bush Street, Suite 1500
3  San Francisco, California  94104
   Telephone:     415-623-7000
4  Facsimile:      415-623-7001
   avanornu@wthf.com
5  ssias@wthf.com

6

7  Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY

8            **THE UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10 SURETEC INSURANCE COMPANY, a          CASE NO.  C 10-02905 MEJ
   Texas corporation,
11                                       ~~[PROPOSED]~~ **ORDER CONTINUING**
                Plaintiff,               **DEADLINE FOR FILING OF MOTION**
12                                       **FOR DEFAULT JUDGMENT**
             v.
13
   PEAK ENGINEERING, INC., a California
14 corporation; SNC EQUIPMENT, INC., a
   California corporation; MICHAEL M.    Filed:      July 1, 2010
15 NOVITSKI, an individual; MIKI         Judge:      Maria-Elena James
   NOVITSKI, an individual,             Dept.:      Courtroom B, 15th Floor
16
                Defendants.
17

18       Plaintiff SureTec Insurance Company ("SureTec") requested that this Court continue the

19 deadline to file a motion for default judgment scheduled for January 17, 2011.  Having read and

20 considered the request, IT IS HEREBY ORDERED THAT:

21       The deadline for filing a motion for default judgment in this case, which is currently

22 scheduled for January 17, 2011, is continued until February 17, 2011.

23       **IT IS SO ORDERED.**

24       Dated: January 14      , 2011  _____

25                                       Judge of the District Court

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW