1  ANDREW VAN ORNUM (Bar No. 214040)
   SETH R. SIAS (Bar No. 260674)
2  WATT, TIEDER, HOFFAR, AND FITZGERALD, L.L.P.
   333 Bush Street, Suite 1500
3  San Francisco, California  94104
   Telephone:    415-623-7000
4  Facsimile:    415-623-7001
   avanornu@wthf.com
5  ssias@wthf.com

6

7  Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY

8              THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | SURETEC INSURANCE COMPANY, a        | CASE NO.  C 10-02905 MEJ
   | Texas corporation,                  |
11 |                                     | [PROPOSED] ORDER SETTING STATUS
   |           Plaintiff,                | CONFERENCE
12 |                                     |
   |    v.                               |
13 |                                     |
   | PEAK ENGINEERING, INC., a California|
14 | corporation; SNC EQUIPMENT, INC., a |
   | California corporation; MICHAEL M.  | Filed:    July 1, 2010
15 | NOVITSKI, an individual; MIKI       | Judge:    Maria-Elena James
   | NOVITSKI, an individual,            | Dept.:    Courtroom B, 15th Floor
16 |                                     |
   |           Defendants.               |
17

18      Plaintiff SureTec Insurance Company ("SureTec") requested that this Court hold a status

19 conference in approximately six months in light of the notice SureTec filed of the bankruptcy

20 filings of Peak Engineering, Inc., Michael Novitski, and Miki Novitski.  Having read and

21 considered the request, IT IS HEREBY ORDERED THAT:

22 The parties shall file a statement by September 1, 2011.
   There will be a status conference in this action at  10:00a.m  a.m./p.m  on

23 September 8,        2011.

24      **IT IS SO ORDERED.**

25      Dated: February 18, 2011 _____

                                    Judge Maria-Elena James

[PROPOSED] ORDER SETTING STATUS CONFERENCE