ANDREW VAN ORNUM (Bar No. 214040)
REGINA A. VERDUCCI (Bar No. 264996)
WATT, TIEDER, HOFFAR, AND FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, California  94104
Telephone:  415-623-7000
Facsimile:  415-623-7001
avanornu@wthf.com
rverducc@wthf.com

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

GRANTED
Judge Maria-Elena James

# THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation, <br><br> Plaintiff, <br><br> v. <br><br> PEAK ENGINEERING, INC., a California corporation; SNC EQUIPMENT, INC., a California corporation; MICHAEL M. NOVITSKI, an individual; MIKI NOVITSKI, an individual, <br><br> Defendants. | CASE NO.  C 10-02905 MEJ <br><br> **STATUS CONFERENCE STATEMENT** <br><br> Status Conference: September 8, 2011 <br> Time: 10:00 a.m. <br> Judge: Maria-Elena James |

Plaintiff Suretec Insurance Company ("Suretec") hereby submits the following Status Conference Statement for the Status Conference currently scheduled for September 8, 2011 at 10:00 a.m.

The United States Bankruptcy Court of the Northern District of California continues to administer the separate bankruptcy cases, *In re Peak Engineering, Inc.*, Case No. 11-40951 and *In re Michael Novitski and Miki Novitski*, Case No. 11-30300.  Neither case has been fully administered and neither has been closed.  Based on the ongoing bankruptcy cases, Suretec requests the status conference be continued an additional six months at which time Suretec will provide an update or seek dismissal of the parties subject to the bankruptcy petitions.

1   Dated: September 1, 2011  WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

2

3

4   By: /s/   Andrew Van Ornum
    Andrew Van Ornum
    Regina A. Verducci
5   avanornu@wthf.com
    rverducc@wthf.com
6   Attorneys for Plaintiff
    SURETEC INSURANCE COMPANY
7

8   The status conference is continued to March 8, 2012 at 10:00 a.m.  A status report shall be filed by March 1, 2012.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28