ANDREW VAN ORNUM (Bar No. 214040)
REGINA A. VERDUCCI (Bar No. 264996)
WATT, TIEDER, HOFFAR, AND FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, California  94104
Telephone:    415-623-7000
Facsimile:     415-623-7001
avanornu@wthf.com
rverducc@wthf.com

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

**GRANTED**
*Judge Maria-Elena James*

# THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEAK ENGINEERING, INC., a California corporation; SNC EQUIPMENT, INC., a California corporation; MICHAEL M. NOVITSKI, an individual; MIKI NOVITSKI, an individual,<br><br>Defendants. | CASE NO.  C 10-02905 MEJ<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Status Conference: March 8, 2012<br>Time:                     10:00 a.m.<br>Judge:                    Maria-Elena James |

Plaintiff Suretec Insurance Company ("Suretec") hereby submits the following Status Conference Statement for the Status Conference currently scheduled for March 8, 2012 at 10:00 a.m.

The United States Bankruptcy Court of the Northern District of California continues to administer the separate bankruptcy cases, *In re Peak Engineering, Inc.*, Case No. 11-40951 and *In re Michael Novitski and Miki Novitski*, Case No. 11-30300.  The cases continue to be administered and neither has been closed.  Suretec requests the status conference be continued an additional six (6) months prior to which Suretec anticipates filing a request for dismissal of the parties subject to the bankruptcy petitions if no new material developments occur.

1   Dated: March 1, 2012                     WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: /s/ Andrew Van Ornum
     Andrew Van Ornum
     Regina A. Verducci
     avanornu@wthf.com
     rverducc@wthf.com
     Attorneys for Plaintiff
     SURETEC INSURANCE COMPANY

The parties shall file a status report or dismissal by September 6, 2012.

Dated: March 2, 2012

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

IT IS SO ORDERED

Judge Maria-Elena James

---

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 2 -

STATUS CONFERENCE STATEMENT CASE NO. C 10-02905 MEJ