GRANTED
*Judge Maria-Elena James*

1  ANDREW VAN ORNUM (Bar No. 214040)
   REGINA A. VERDUCCI (Bar No. 264996)
2  WATT, TIEDER, HOFFAR, AND FITZGERALD, L.L.P.
   333 Bush Street, Suite 1500
3  San Francisco, California  94104
   Telephone:    415-623-7000
4  Facsimile:     415-623-7001
   avanornu@wthf.com
5  rverducc@wthf.com

6

7  Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY

8  **THE UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas corporation, | CASE NO.  C 10-02905 MEJ |
| Plaintiff, | **STATUS CONFERENCE STATEMENT** |
| v. | |
| PEAK ENGINEERING, INC., a California corporation; SNC EQUIPMENT, INC., a California corporation; MICHAEL M. NOVITSKI, an individual; MIKI NOVITSKI, an individual, | Status Conference: March 8, 2012<br>Time:                    10:00 a.m.<br>Judge:                   Maria-Elena James |
| Defendants. | |

   Plaintiff Suretec Insurance Company ("Suretec") hereby submits the following Status Conference Statement for the Status Conference currently scheduled for March 8, 2012 at 10:00 a.m.

   The United States Bankruptcy Court of the Northern District of California continues to administer the separate bankruptcy cases, *In re Peak Engineering, Inc.*, Case No. 11-40951 and *In re Michael Novitski and Miki Novitski*, Case No. 11-30300.  The cases continue to be administered and neither has been closed.  Suretec requests the status conference be continued an additional six (6) months prior to which Suretec anticipates filing a request for dismissal of the parties subject to the bankruptcy petitions if no new material developments occur.

Dated: March 1, 2012                WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.


By: /s/   Andrew Van Ornum
   Andrew Van Ornum
   Regina A. Verducci
   avanornu@wthf.com
   rverducc@wthf.com
   Attorneys for Plaintiff
   SURETEC INSURANCE COMPANY

The parties shall file a status report or dismissal by September 6, 2012.

Dated: March 2, 2012

IT IS SO ORDERED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA